UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
|---|---|
| v. | ) 21 U.S.C. § 841(a)(1) |
|  | ) Distribution of a Controlled |
| RICHARD BRITTON | ) Substance (Cocaine Base) |

CR419-0116

THE GRAND JURY CHARGES THAT:

COUNTS ONE THROUGH TEN
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a) (1)

On or about the dates below, in Liberty County, within the Southern District of Georgia, the defendant,

RICHARD BRITTON,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance:

| COUNT | DATE |
|---|---|
| 1 | July 11, 2017 |
| 2 | July 25, 2017 |
| 3 | August 23, 2017 |
| 4 | September 27, 2017 |

| COUNT | DATE |
|---|---|
| 5 | October 19, 2017 |
| 6 | March 30, 2018 |
| 7 | August 8, 2018 |
| 8 | November 5, 2018 |
| 9 | November 19, 2018 |
| 10 | December 19, 2018 |

All in violation of Title 21, United States Code, Section 841(a) (1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Ten of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of any offense in violation of Title 21, United States Code set forth in this Indictment, Defendant **RICHARD BRITTON**, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

If, as a result of any act or omission of a defendant, any of the property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of this Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A True Bill.

_____
Bobby L. Christine
United States Attorney

_____
Jennifer G. Solari
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division