UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR419-0116

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 21 U.S.C. § 841(a)(1) |
| | ) Distribution of a Controlled |
| RICHARD BRITTON | ) Substance (Cocaine Base) |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the

maximum penalties for the offenses charged in the Indictment are as follows:

**Counts 1 - 10: Distribution of a Controlled Substance (Cocaine Base)**
21 U.S.C. § 841(a) (1)
For each count:

- Not more than twenty (20) years of imprisonment
- Not more than a $1,000,000 fine
- Not less than three (3) years of supervised release
- $100 special assessment

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

Jennifer G. Solari
Assistant United States Attorney