| U. S. MAGISTRATE JUDGE CHRISTOPHER L. RAY | CASES BELOW CALLED FOR: |
| --- | --- |
| UNITED STATES COURTHOUSE | INITIAL APPEARANCE AND |
| 125 BULL STREET | ARRAIGNMENT |
| SAVANNAH, GEORGIA | |

## SAVANNAH CRIMINAL CALENDAR

### FRIDAY, AUGUST 30, 2019

### 9:00 A.M.

| CASE NO. | DEFENDANT | VIOLATION | ATTORNEY |
| --- | --- | --- | --- |
| 4:19CR116 | RICHARD BRITTON | DIST CON SUBS | |

DISTRIBUTION DATE: AUGUST 9, 2019

U. S. MAGISTRATE JUDGE
U. S. ATTORNEY
U. S. MARSHAL
U. S. PROBATION
U. S. CLERK
COURT SECURITY