UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| **vs.** | ) CASE NUMBER 4:19CR00116 |
| | ) |
| | ) |
| **RICHARD BRITTON,** | ) |
| | ) |

**ORDER**

Application for leave of absence has been requested by Jeffery L. Arnold for the following days, to-wit:

1. **November 21, 2019**
2. **November 22, 2019**
3. **November 25, 2019**
4. **November 27, 2019**
5. **November 28, 2019-December 8, 2019**
6. **December 9, 2019**
7. **December 10, 2019**
8. **December 11, 2019**
9. **December 12, 2019**
10. **December 13, 2019**
11. **December 18, 2019**
12. **December 19, 2019**
13. **December 20, 2019-December 25, 2019**
14. **January 8, 2020**
15. **January 22, 2020**
16. **January 29, 2020**
17. **January 30, 2020** .

The above and foregoing request for leave of absence is approved.

SO ORDERED this 19th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA