UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR: 419-116 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| RICHARD BRITTON | ) | |

**ORDER**

This matter is before the Court on the Motion for Leave of Absence by Jennifer G. Solari, counsel for Plaintiff, on November 29, 2019 and December 23, 2019 through December 27, 2019. After careful consideration, said Motion is **GRANTED,** however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED**, this 20th day of November 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA