# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR4:19-116 |
| | ) | |
| | ) | |
| **RICHARD BRITTON** | ) | |

## FINAL ORDER OF FORFEITURE

Plaintiff, the United States of America, has moved this Court, pursuant to Federal Rules of Criminal Procedure 32.2(c) and 43(a), for a Final Order of Forfeiture in this ancillary proceeding against real property located at 3150 Cay Creek Road, Midway, Georgia 31320 (hereinafter, the "Subject Property").  On November 18, 2019, pursuant to a written plea agreement, Defendant Richard Britton (hereinafter, the "Defendant") pled guilty to Count One of the Indictment charging a violation of 21 U.S.C. § 841 (Distributed of a Controlled Substance (Cocaine Base)).

Pursuant to his plea agreement, Defendant agreed to forfeit to the United States all rights, and interest in all assets seizure pursuant to 21 U.S.C. Section 853, which includes, any property constituting, or derived from the proceeds obtained directly or indirectly as a result of the charged offense, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense(s).  Specifically, the Defendant agrees to forfeit his interest in the Subject Property.

Additionally, pursuant to his plea agreement, Defendant agreed to waive the requirements of Federal Rules of Criminal Procedure 32.2, and 43(a) regarding notice

of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment without further order of the Court.

The Government has represented that it has completed all third-party notice as required by Rules 32.2 and 43(a), and that the Defendant and all third-parties, including, their heirs, successors, and assigns, and all other persons and entities having any right, title, claim to or interest in the Subject Property have either conceded or otherwise failed to contest this forfeiture within the permitted statutory timeframe.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The United States' Motion for Final Order of Forfeiture is **GRANTED**;

2. The Subject Property is hereby forfeited to the United States of America, and all right, title, claim and interest to the Subject Property by the Defendant and/or any third-party, their heirs, successors, and assigns, and all other persons and entities are vested in the United States of America;

3. The Defendant and/or any third-party, their heirs, successors, and assigns, and all other persons and entities are forever barred from asserting a claim against the Subject Property;

4. The United States Marshals Service or an authorized designee shall make arrangements to dispose of the Subject Property according to law and regulatory procedures; and

- 3 -

5. The Clerk is hereby directed to enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure upon the same terms and condition as outlined in this Final Order of Forfeiture.

SO ORDERED, this 5th day of October 2020.

_____
HON. R. STAN BAKER, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA